IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JAN 04 2018
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF APPLE MODEL A1502 MACBOOK PRO LAPTOP COMPUTER WITH EMC: 2835, FCC ID: QDS-BRCM1080, AND IC: 4324A-BRCM1080 CAN ICES-3 (B)/NMB-3(B) CURRENTLY LOCATED AT 2970 KING AVENUE WEST, BILLINGS, | MJ 18-3-M-JCL<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 4th day of January 2018.

Jeremiah C. Lynch
United States Magistrate Judge